| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | JAMES TROTTER, | No. 2:14-cv-2380 AC P |
| 12 | Petitioner, | |
| 13 | v. | ORDER |
| 14 | THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| 15 | | |
| 16 | Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).[1]

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

---

[1] Petitioner is informed that if he intends to sue regarding an allegedly inadequate law library at the Cal. Substance Abuse and Treatment Facility located in Kings County, he must file a separate action as plaintiff under 42 U.S.C. § 1983 in the Fresno Division of the Eastern District of California. See E.D. Local Rule 120(d).

1

1          1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

2          2.  This matter is transferred to the United States District Court for the Central District of

3   California.

4   DATED: October 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE